**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00121-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

WILFRIED KAKA,

      Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254.   As part of the court's review

pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted

documents are deficient as described in this order.  Applicant will be directed to cure the

following if he wishes to pursue his claims.  Any papers that the Applicant files in

response to this order must include the civil action number on this order.

      Applicant does not appear to be incarcerated.  Therefore, he will be directed to

file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is

used by non-prisoners or to pay the $5.00 filing fee.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   <u>X</u>   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Applicant
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   <u>X</u>   other: <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint or Petition**:
(9)   ___   is not submitted
(10)   ___   is not on proper form (must use the court's current form)
(11)   ___   is missing an original signature by the Applicant
(12)   ___   is incomplete
(13)   ___   uses et al. instead of listing all parties in caption
(14)   ___   names in caption do not match names in text
(15)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   ___   other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 31, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge