**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00121-BNB

WILFRIED KAKA,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**AMENDED ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that the Applicant files in response to this order must include the civil action number on this order.

In the order to cure (ECF No. 3) of January 31, 2012, the court noted that Applicant did not appear to be incarcerated, and directed him to cure a deficiency in the case either by submitting a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is used by non-prisoners, or by paying the $5.00 filing fee. The court since has determined that the address Applicant provided is for the Denver Contract Detention Facility at 3131 North Oakland Street in Aurora, CO 80010. Therefore, the

Court finds that Applicant is confined at the detention facility, and the January 31 order to cure will be vacated. Applicant will be directed instead to cure the deficiencies designated below.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___  is not submitted
(2) ___  is missing affidavit
(3) ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_  is missing certificate showing current balance in prison account (account statement must be certified by appropriate official at Applicant's facility)
(5) ___  is missing required financial information
(6) ___  is missing an original signature by the prisoner
(7) ___  is not on proper form (must use the court's current form)
(8) ___  names in caption do not match names in caption of complaint, petition or habeas application
(9) _X_  other: certified account statement is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10) ___  is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  names in caption do not match names in text
(16) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) _X_  other: fails to include a request for relief

Accordingly, it is

    ORDERED that the order to cure (ECF No. 3) of January 31, 2012, is VACATED. It is

    FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 7, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge